# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRYAN KEITH RICHARDSON,

    Plaintiff,

v.

S. SPAULDING, *et al.*,

    Defendants.

NO. 3:18-CV-0540

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 14th day of November, 2019, upon consideration of the Report and Recommendation (Doc. 99) of Magistrate Judge Susan E. Schwab for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 99) is **ADOPTED**.

(2) Defendants' Motion to Dismiss and/or for Summary Judgment (Doc. 84) is **GRANTED**.[1]

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge

---

[1] As explained by Magistrate Judge Schwab, the action could also be dismissed for failure to prosecute in accordance with *Poulis v. State Farm Fire & Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).